**Donald D. duBoulay**             **305 Broadway, Suite 310**
 Attorney at Law                 New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

April 14, 2025

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: United States v. Rafael Caro Quintero
     15 Cr. 208 (FB)

Dear Judge Block:

     Pursuant to my appointment as *Curcio* counsel in the matter, I met and discussed the cited potential conflict of interest issue noted in the Government's letter to the court dated April 4, 2025, with Mr. Caro Quintero. That letter posits a potential conflict of interest, if attorney Michael E. Vitaliano, Esq. were to continue representing Mr. Caro Quintero in this case.

     I write to report that after having reviewed the Government's *Curcio* letter to the Court with Mr. Caro Quintero, and having discussed with him (with an interpreter) the possible conflict of interest that exists with the continued representation of him by Mr. Vitaliano. Mr. Caro Quintero acknowledged his awareness of the potential conflict of interest posed by the continued representation of him by Mr. Vitaliano, and does not wish to waive the potential conflict of interest existing here and desires to proceed without the services of Mr. Vitaliano.

     Should the Court have any questions I am available at (212) 966 3970.

                                                       Respectfully submitted,

                                                      /s/ Donald duBoulay

cc: File