

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SK/FJN/ADW/CWE
F.#2015R00471/OCDETF #NY-NYE-777

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 21, 2025

By USAFx

Elizabeth E. Macedonio, Esq.
52 Duane Street, 7th Floor
New York, New York 10007

Mark S. DeMarco, Esq.
100 Lafayette Street, Suite 501
New York, NY 10013

Linda George, Esq.
577 Summit Avenue
Hackensack, NJ 07601

Re: United States v. Rafael Caro Quintero, et al.
Criminal Docket No. 15-208 (FB)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed items include SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Orders previously entered by the Court (ECF Nos. 82, 99). The government also requests reciprocal discovery from the defendants.

Enclosed please find:

- Documents related to a February 21, 2015 seizure (Bates-numbered SENSITIVE_QUINTERO000003-SENSITIVE_QUINTERO000019);

- Documents related to a March 4, 2015 seizure (Bates-numbered SENSITIVE_QUINTERO000020-SENSITIVE_QUINTERO000066);

- Documents related to a March 5, 2015 seizure (Bates-numbered SENSITIVE_QUINTERO000067-SENSITIVE_QUINTERO000137); and

- Consensually recorded phone calls (in a file folder Bates-numbered SENSITIVE_QUINTERO000138).

Please contact us if you have any questions or requests regarding discovery in this matter.

Very truly yours,

JOHN J. DURHAM
United States Attorney

By:      /s/
Saritha Komatireddy
Francisco J. Navarro
Andrew D. Wang
Chand W. Edwards-Balfour
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (FB) (by ECF) (without enclosures)