

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SK/FJN/ADW/CWE/MG
F.#2015R00471/OCDETF #NY-NYE-777

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 2, 2025

By FedEx

Elizabeth E. Macedonio, Esq.
52 Duane Street, 7th Floor
New York, New York 10007

Mark S. DeMarco, Esq.
100 Lafayette Street, Suite 501
New York, NY 10013

Linda George, Esq.
577 Summit Avenue
Hackensack, NJ 07601

      Re:    United States v. Rafael Caro Quintero, et al.
                Criminal Docket No. 15-208 (FB)

Dear Counsel:

      Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Orders previously entered by the Court (ECF Nos. 82, 99). The government also requests reciprocal discovery from the defendants.

      Enclosed please find:

- Documents and photographs related to a 1981 murder (Bates-numbered SENSITIVE_QUINTERO000140-SENSITIVE_QUINTERO000221);

- Consensually recorded conversations (in a file folder Bates-numbered SENSITIVE_QUINTERO000222);

- Documents and photographs related to multiple 1985 murders (Bates-numbered SENSITIVE_QUINTERO000223-SENSITIVE_QUINTERO000640);

- Audio recordings of the interrogation and torture of Drug Enforcement Administration Special Agent Enrique Camarena (Bates-numbered SENSITIVE_QUINTERO000641-SENSITIVE_QUINTERO000645).

- Photographs of seized firearms related to this case (Bates-numbered SENSITIVE_QUINTERO000646-SENSITIVE_QUINTERO000705).

You may examine physical evidence by calling us to arrange a mutually convenient time. Please contact us if you have any questions or requests regarding discovery in this matter.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:       /s/
Saritha Komatireddy
Francisco J. Navarro
Andrew D. Wang
Chand W. Edwards-Balfour
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (FB) (by ECF) (without enclosures)