

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES:FJN/SK/ADW/CWE/MG
F.#2015R00471/OCDETF #NY-NYE-777

271 Cadman Plaza East
Brooklyn, New York 11201

August 5, 2025

By ECF

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Rafael Caro Quintero
     Criminal Case No. 15-208 (S-3) (FB)

Dear Judge Block:

  The government respectfully submits this letter to inform the Court and the defense that the Attorney General has authorized and directed this Office not to seek the death penalty against the defendant Rafael Caro Quintero.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

     By: /s/ Francisco J. Navarro
        Francisco J. Navarro
        Saritha Komatireddy
        Andrew D. Wang
        Chand W. Edwards-Balfour
        Miranda Gonzalez

        Assistant United States Attorneys
        (718) 254-7000

cc: Defense Counsel (by ECF)
   Clerk of Court (FB) (by ECF)