

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

FJN/SK/ADW/CWE/MG
F.#2015R00471

*271 Cadman Plaza East
Brooklyn, New York 11201*

August 18, 2025

By ECF
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Rafael Caro Quintero
     Criminal Docket No. 15-208 (FB)

Dear Judge Block:

  The government writes to respectfully request an extension of time to respond to the defendant's motion to vacate the Special Administrative Measures (ECF No. 129), which was filed on August 8, 2025. On August 11, 2025, the Court ordered the government to respond to the motion by August 18, 2025. The government respectfully requests an extension to September 15, 2025, so that it can prepare a response, which will, among other things, require coordination with the Bureau of Prisons, the Metropolitan Detention Center, and the Office of Enforcement Operations. The government has consulted with defense counsel who consents to the requested extension.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

     By: /s/ Francisco J. Navarro
        Francisco J. Navarro
        Saritha Komatireddy
        Andrew D. Wang
        Chand W. Edwards-Balfour
        Miranda Gonzalez
        Assistant United States Attorneys
        (718) 254-7000

cc: Clerk of Court (FB) (By ECF)
   All counsel of record (By ECF)