UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

Rafael Caro Quintero,

        Defendant

-------------------------------------------------------X

**NOTICE OF APPEARANCE**

15-CR-208 (FB)

To the Clerk of the Court and all parties of record:

    Please take notice of my appearance as counsel for:

    **Rafael Caro Quintero** in the above referenced matter.

I certify that I am admitted to practice in this Court.

Jan. 26, 2026

_____
Shannon Griffin, Esq.
180 East 162nd Street, Suite 1-J
Bronx, NY 10451
718-744-8741