RMP:FJN/ADW/CWE/MG/KPO
F.#2015R00471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                    No. 15-CR-208 (S-3) (FB)

RAFAEL CARO QUINTERO,
        also known as "RCQ," "Cesar,"
        "Don Rafa," "Rafa," "El Senor," "28,"
        "R1," "Compa," "El Hombre," "El
        Pleve," "El Canoses," "El Crespo," and
        "the Old Man,"

and

ISMAEL QUINTERO ARELLANES
        also known as "Fierro,"

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## THE GOVERNMENT'S APPLICATION TO DESIGNATE A
## CLASSIFIED INFORMATION SECURITY OFFICER

The government respectfully requests that the Court designate a Classified

Information Security Officer ("CISO") pursuant to the Classified Information Procedures Act, 18

U.S.C. app. 3 ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L.

96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to

Section 9 of CIPA.  In support of its application, the government states the following:

1. This a criminal matter in which the grand jury has returned a superseding indictment charging the defendant Rafael Caro Quintero with (1) leading a continuing criminal enterprise, in violation of 21 U.S.C. § 848(a)-(c); (2) participating in an international marijuana distribution conspiracy, in violation of 21 U.S.C. §§ 963, 960(b)(1)(G), and 959(d); (3) participating in an international heroin, methamphetamine, and cocaine distribution conspiracy, in violation of 21 U.S.C. §§ 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(B)(1)(H), and 959(d); and (4) using firearms in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii). *See* ECF No. 57. The defendant Ismael Quintero Arellanes is charged in the same indictment with: (1) participating in an international marijuana distribution conspiracy, in violation of 21 U.S.C. §§ 963, 960(b)(1)(G), and 959(d); (2) participating in an international heroin, methamphetamine, and cocaine distribution conspiracy, in violation of 21 U.S.C. §§ 963, 960(b)(1)(A), 960(b)(1)(B)(ii), 960(B)(1)(H), and 959(d); and (3) using firearms in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii).

2. The government expects to file a motion for a protective order, ex parte, in camera, and under seal, pursuant to Section 4 of CIPA.

3. To assist the Court and court personnel in handling the government's CIPA motion and implementing any orders relating to the matter, the government requests that the Court designate Harry J. Rucker as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

4. The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Rucker is unavailable: Alternates are

Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William

S. Noble, and Winfield S. "Scooter" Slade.

Dated:      Brooklyn, New York
            June 16, 2026

                JOSEPH NOCELLA, JR.
                United States Attorney
                Eastern District of New York

By:    /s/ Francisco J. Navarro
        Francisco J. Navarro
        Andrew D. Wang
        Chand Edwards-Balfour
        Miranda Gonzalez
        Katherine P. Onyshko
        Assistant United States Attorneys
        (718) 254-7000

RMP:FJN/ADW/CWE/MG/KPO
F.#2015R00471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                    No. 15-CR-208 (S-3) (FB)

RAFAEL CARO QUINTERO,
    also known as "RCQ," "Cesar,"
    "Don Rafa," "Rafa," "El Senor," "28,"
    "R1," "Compa," "El Hombre," "El
    Pleve," "El Canoses," "El Crespo," and
    "the Old Man,"

and

ISMAEL QUINTERO ARELLANES
    also known as "Fierro,"

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>ORDER</u>

The United States of America, having applied for the appointment a Classified

Information Security Officer and alternates pursuant to the Classified Information Procedures

Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant

to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated

pursuant to Section 9 of CIPA, it is hereby ORDERED AND DECREED that the application is

GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security

Procedures promulgated under Section 9, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case.  It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is unavailable: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Winfield S. Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.


Date: _____

_____
THE HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK